Adam Kamenstein, Bar No. 287986
  *Adam.kamenstein@adkfirm.com*
ADAMS, DUERK & KAMENSTEIN LLP
445 S. Figueroa Street, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 408-4085

Attorneys for Defendant
COUNTY OF LOS ANGELES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN KENNETH CHAPELL, individually and on behalf of ANOMA.LA, LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>COUNTY OF LOS ANGELES, ADAM ASSAD IZA (aka NEE AHMED FAIQ), ERIC CHASE SAAVEDRA, CHRISTOPHER MICHAEL CADMAN, QUINTON MCGEE, ANTHONY RIVERA, DAVID ANTHONY RODRIGUEZ, RICHARD RAYMOND DUDGEON, DEAN BRYAN RAWLINGS, CHRISTOPHER QUINTENERO, MICHAEL COBERG, IRIS RABAYA AU, MIGUELINA GARCIA, ZORT INC., DREAM AGENCY INC., RISE AGENCY INC., ATLAS MARKETING AGENCY INC., SAAVEDRA & ASSOCIATES LLC and DOES 1 through 25, inclusive,<br><br>        Defendants. | CASE NO. 25 CV 07688<br><br>Related Case:<br><br>CASE NO. 24 CV 09601<br><br>Related Case:<br><br>CASE NO. 25 CV 08715<br><br>**NOTICE OF RELATED CASES**<br><br>**[CIV.LR. 83-1.3.1]** |

- 1 -
**DEFENDANT COUNTY OF LOS ANGELES' NOTICE OF RELATED CASES**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 83-1.3.1, notice is hereby given that the following cases pending in the Central District of California are related:

*Ryan Kenneth Chapell v. County of Los Angeles, et al,,* Case No. 25-CV-07688, filed August 15, 2025

*Enzo Zelocchi v. Adam Iza, et al.*, Case No. 24-CV-09601, filed November 6, 2024

*Enzo Zelocchi v. Los Angeles County Sheriff's Department, et al.*, Case No. 25-CV-08715, removed from State Court September 19, 2025

## I. Applicable Standard under Civil L.R. 83-1.3.1

Pursuant to Civil Local Rule 83-1.3.1, cases are deemed related when they:

(a) arise from the same or a closely related transaction, happening, or event;

(b) call for determination of the same or substantially related or similar questions of law and fact; or

(c) for other reasons would entail substantial duplication of labor if heard by different judges.

A notice of related case must include: "(1) The title and case number of each related case; (2) a brief factual statement that explains how the cases in question are related under the foregoing factors set forth in Civil L.R. 83-1.3.1; and (3) All facts that appear relevant to such a determination

## II. Related Cases

The cases are related in each of the following respects:

1. All three actions involve as defendants either current or former deputies of the Los Angeles County Sheriff's Department ("LASD"), alleged to have acted within the scope of their employment, and/or the County of Los Angeles itself, which is sued in connection with the conduct of the Sheriff's Department. A significant overlap is the alleged involvement of LASD personnel, including: Richard Raymond Dudgeon, Dean Bryan Rawlings, Christopher Quintinero, and Eric Chase Saavedra.

2. In all three cases, the plaintiffs' claims relate to alleged misuse of law enforcement

**DEFENDANT COUNTY OF LOS ANGELES' NOTICE OF RELATED CASES**

resources by LASD deputies orchestrated by named Defendant Adam Iza, who is alleged to have created the "Enterprise" (a group of rogue LASD deputies), that is alleged to have engaged in a pattern of racketeering activity, including extortion, robbery, fraud, and kidnapping against Plaintiffs.

3.      Most of the factual allegations, causes of action, legal issues, and legal arguments are the same.

**III. Conclusion**

Because these cases involve overlapping parties, substantially similar factual allegations, and related legal issues, assignment to different judges would risk inconsistent rulings and would entail substantial duplication of judicial labor. Accordingly, the cases meet the criteria for related cases under Civil Local Rule 83-1.3.1.

DATED:  October 3, 2025                          ADAMS, DUERK & KAMENSTEIN LLP


By: _____
                                                Adam Kamenstein

                                                Attorneys for Defendant
                                                COUNTY OF LOS ANGELES

**DEFENDANT COUNTY OF LOS ANGELES' NOTICE OF RELATED CASES**